United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KUMARASWAMY MULAVALLI,                    No. C 06-04824 CRB

      Petitioner,                        **ORDER TO SHOW CAUSE**

  v.

DAVID STILL, et al.,

      Respondents.
_____/

      On June 14, 2006, petitioner filed a Petition for Review of Naturalization Application seeking an order from the Court granting his application for naturalization, or, in the alternative, to setting a date for a hearing on this matter.  Petitioner files this action pursuant to 8 U.S.C. section 1447(b).  It is hereby ORDERED that respondents show cause why the petition should not be granted, and if not, what appropriate action is available for the Court. Respondents shall file a brief setting forth their position on the petition no later than September 8, 2006.  Petitioner may then file a Reply no later then September 15, 2006, at which time the Court will determine whether oral argument is necessary.

      **IT IS SO ORDERED.**

Dated: August 15, 2006                    _____
                                         CHARLES  R. BREYER
                                         UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\06-4824\osc.wpd

Dockets.Justia.com

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28