```
1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7

8  Attorneys for Respondents
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KUMARASWAMY MULAVALLI,            )<br>                                   )<br>    Petitioner,                   )<br>                                   )<br>    v.                             )<br>                                   )<br>DAVID STILL, Acting District Director, )<br>San Francisco Office, U.S. Bureau of )<br>Citizenship and Immigration Services; et )<br>al.,                               )<br>                                   )<br>    Respondents.                   )<br>_____ )<br>                                   ) | No. C-06-4824-CRB<br><br>**STIPULATION TO EXTEND DEADLINES; AND [PROPOSED] ORDER** |

Petitioner, by and through her attorney of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. The petitioner filed and served a petition for de novo review of petitioner's application for naturalization on August 9, 2006.

2. On August 15, 2006, this Court issued an Order to Show Cause (OSC) directing the respondents to show cause on or before September 8, 2006, why the application for naturalization should not be granted.

3. Because the respondents had not filed any responsive pleading to the petition or otherwise

STIPULATION TO EXTEND DEADLINES
C 06-4824-CRB                               1

1  entered an appearance on the Court's Electronic Filing System (ECF), the respondents were not
2  notified via the ECF or otherwise of the OSC.
3      4. The respondents were notified of the Court's OSC on Thursday, September 14, 2006, when
4  called by petitioner's counsel who brought the existence of the OSC to respondents' counsel's
5  attention. That same day, the parties discussed a briefing schedule.
6      5. In light of the fact that counsel for the respondents has only recently learned of the OSC, the
7  parties hereby agree to the following schedule, subject to approval by the Court and in accordance
8  with the Court's August 9, 2006 scheduling order.

| | |
|---|---|
| Respondents' Response to the OSC and Answer due: | October 10, 2006 |
| Petitioner's Reply: | October 17, 2006 |
| Joint Case Management Statement: | November 13, 2006 |
| Case Management Conference: | November 17, 2006, 8:30 a.m. |

Date: September 14, 2006　　　　　　　　　　Respectfully submitted,

KEVIN V. RYAN
United States Attorney

　　　　　　　　　　　　　　　　　　　　　　/s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Respondents

Date: September 14, 2006　　　　　　　　　　/s/
STACEY L. GARTLAND
Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: September 20, 2006

CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

STIPULATION TO EXTEND DEADLINES
C 06-4824-CRB　　　　　　　　　2