```
 1  KEVIN V. RYAN, CSBN 118321
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    ILA C. DEISS, NY SBN 3052909
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-7124
       FAX: (415) 436-7169
 7
    Attorneys for Respondents
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KUMARASWAMY MALAVALLI,                  )<br>                                         )<br>        Petitioner,                     )<br>                                         )<br>        v.                              )<br>                                         )<br>DAVID STILL, Acting District Director,  )<br>San Francisco Office, U.S. Bureau of     )<br>Citizenship and Immigration Services; *et al.* )<br>                                         )<br>        Respondents.                     )<br>_____  ) | Case No. 06-4824 CRB<br><br>**STIPULATION TO DISMISS; AND**<br>**[PROPOSED] ORDER** |

Petitioner, by and through her attorney of record, and Defendants, by and through their attorneys of record, request that the Court vacate its August 15, 2006 Order to Show Cause and hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to grant Petitioner's application for naturalization and agrees to do so within 14 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

///

///

///

///

STIP. TO DISMISS
C 06-4824 CRB

| | | |
|---|---|---|
| 1 | Date: September 29, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |

/s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Respondents

Date: October 2, 2006

/s/
STACY L. GARTLAND
Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  October 3, 2006

CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

STIP. TO DISMISS
C 06-4824 CRB                                    2